JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KENNEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J.P. Morgan Chase National Corporate Services, Inc., a New York corporation; J.P. Morgan Chase Bank, an entity form unknown; J.P. Morgan Chase & Co., an entity form unknown, and DOES 1-50 inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-09009-FMO-KS<br><br>**ORDER GRANTING THE JOINT STIPULATION [14] FOR DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT** |

## **ORDER**

Based on the Joint Stipulation for Dismissal of Case with Prejudice Pursuant to Settlement Agreement and at the request of the parties, and for good cause having been shown, the Court orders that:

This Action is Dismissed in its Entirety, with Prejudice.

**IT IS SO ORDERED.**

DATED: July 25, 2018 _____/s/_____
Hon. Fernando M. Olguin
United States District Court
Central District of California